474 A.2d 656

Commonwealth v. McCall, Appellant.
Petition for Allowance of Appeal
Denied Sept. 11, 1984.

Submitted November 28, 1983. George Howard Eager, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOM-ERY, JJ.

Judgment of sentence affirmed on the comprehensive opinions by the Honorable D. Richard Eckman, Judge, Court of Common Pleas, Lancaster County.